PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00108-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SHAWN SAESEE | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Eric Kersten, attorney for defendant Shawn Saesee, that the status conference set for December 18, 2024 at 1:00 pm before the Honorable Sheila K. Oberto be continued to March 19, 2025 at 1:00 p.m.

## STIPULATION

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    On December 2, 2024, the court issued a minute order directing the parties to either set a trial date or set the matter for change of plea.

    2.    On December 5, 2024, the government extended a plea offer to defendant. The government also informed defendant that there was additional discovery from investigation that occurred after the defendant's arrest and that that discovery would be provided by December 18, 2024.

    3.    The parties need additional time to investigate this additional discovery and evaluate the government's December 5 plea offer.

Stipulation      1

4. By this stipulation, defendant now moves to continue the status conference, and to exclude time from <u>December 18, 2024</u> to <u>March 19, 2025</u>.

5. The parties anticipate that if they cannot reach a resolution by March 19, 2025, they will meet and confer to set a mutually agreeable date for trial.

6. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. Initial discovery was provided to counsel at the time of arraignment, and the government is producing subsequent discovery on or before December 18, 2024. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

    b) The government does not object to the continuance.

    c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, particularly new discovery provided by the government on or before December 18, 2024, and conduct additional investigation; and

- Defendant needs time to consider the plea offer extended by the government on December 5, 2024

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>December 18, 2024</u> to <u>March 19, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: December 6, 2024                                                             Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By      /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: December 6, 2024                     /s/ Eric Kersten
ERIC KERSTEN
Attorney for Defendant Shawn Saesee

ORDER

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

DATED: 12/6/2024                                                _____
United States Magistrate Judge, Sheila K. Oberto

Stipulation                                                                    3