HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Eric V. Kersten, Bar # 226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2228
Telephone: 559.487.5561
eric_kersten@fd.org

Attorney for Defendant
Shawn Saesee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>SHAWN SAESEE,<br><br>*Defendant.* | Case No.  1:24-cr-00108 JLT-SKO-1<br><br>**ORDER RE MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL AND APPOINT *AD HOC* CJA COUNSEL WITH DEFENDANT'S CONSENT** |
|---|---|

IT IS HEREBY ORDERED that the Federal Defender's request to withdraw as counsel of record beginning February 1, 2025, is GRANTED. Eric V. Kersten, Esq. is appointed as *ad hoc* CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, General Order 671, §XI.C.

IT IS SO ORDERED.

Dated:  **January 24, 2025**            /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE