```
MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN SAESEE<br><br>Defendants. | CASE NO. 1:24-CR-00108-JLT-SKO<br><br>STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record below that the status conference set for March 19, 2025, at 1:00 pm before the Honorable Sheila K. Oberto be vacated and the matter instead be set for change of plea before the Honorable Jennifer L. Thurston on April 7, 2025.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties have reached a resolution and desire to set the matter for change of plea.

2. Due to the schedule of counsel, the first available date for change of plea is April 7, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. Discovery has been provided to the defendant.

    b) The government does not object to the continuance.

    c) An ends-of-justice delay is particularly apt in this case because:

Stipulation                                        1

- An executed plea agreement has been filed at ECF No. 28.

- Defendant intends to enter a change of plea and it is appropriate he have counsel to represent him at the hearing.

    d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>March 19,2025</u> to <u>April 7, 2025</u> inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 12, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: March 12, 2025

/s/ Eric Kersten
ERIC KERSTEN
Attorney for Defendant Shawn Saesee

Stipulation          2

**ORDER**

The status conference set for March 19, 2025, is hereby vacated and the matter is set for change of plea on April 7, 2025, before the Honorable Judge Jennifer L. Thurston. Time is excluded for the reasons set forth in the parties' stipulation.

Dated: 3/12/2025

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Court Judge