ERIC V. KERSTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant Shawn Saesee.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN SAESEE.,<br><br>Defendant. | No. 1:24-CR-00108-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND ORDER** |

On May 23, 2024, Defendant Shawn Saesee was indicted on federal charges. On January 27, 2025, CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr. Saesee in his criminal case. Mr. Saesee was sentenced pursuant to a plea agreement on August 4, 2025. The time for filing a direct appeal was August 20, 2025. No direct appeal was filed. Mr. Saesee was in custody at sentencing. The trial phase of Mr. Saesee's criminal case has, therefore, come to an end. Having completed his representation of Mr. Saesee, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Saesee require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 24, 2025

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
Shawn Saesee.

**ORDER**

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Shawn Saesee. at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Shawn Saesee, Reg. # 13534-511
FCI Victorville Medium II
Federal Correctional Institute
P.O. Box 3850
Adelanto, CA   92301

IT IS SO ORDERED.

Dated:   **October 25, 2025**

UNITED STATES DISTRICT JUDGE